1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11 | In Re: | Case No.:

12 | DMCA SUBPOENA TO NAME.COM, INC., | DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO NAME.COM, INC.

13

14 | Service Provider.

15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO NAME.COM, INC. - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

<u>DECLARATION OF ANDREAS ALKIVIADES ANDREOU</u>

I, Andreas Alkiviades Andreou, hereby declare as follows:

1.      I am a Citizen of the Republic of Cyprus, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.      I am a Director of MG Premium, Ltd. (hereinafter, "MG Premium") and am authorized to act on its behalf.

3.      I submit this declaration in support of MG Premium's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to Name.com, Inc. ("Name.com"), relating to the posting of MG Premium's copyrighted material on the domains, fullporner.com and xiaoshenke.net webpages.

4.      I have personal knowledge of the copyrights owned by MG Premium and the ongoing infringements of those copyrights that occur on the internet.  I also have personal knowledge of the instances that MG Premium's copyrighted works have been posted without MG Premium's authorization on fullporner.com and xiaoshenke.net.

5.      On August 2, 2023, authorized agent for MG Premium Jason Tucker issued and served a copyright infringement notification on Name.com's DMCA Agent relating to posts on fullporner.com and xiaoshenke.net.  Pursuant to Section 512(c)(3)(A), the notifications were properly signed by MG Premium's agent, identified the copyrighted material being infringed, set forth a listing of the URLs containing posts of infringing material, confirmed that such use of MG Premium's copyrighted works was not authorized by MG Premium, and gave contact information such that the DMCA Agent could reach MG Premium's Agent with questions.  A true and correct copy of the August 2, 2023 notification is attached as Exhibit A.

6.      The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from MG Premium, posted material to the web pages fullporner.com and xiaoshenke.net which infringed copyrights held by MG Premium.

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO NAME.COM, INC. - 2

1  The information received as a result of the Subpoena will only be used by MG Premium to

2  protect its rights under Title 17 of the United States Code.

3

4          I declare under penalty of perjury under the laws of the United States of America

5  that the foregoing is true and correct.

6

7  DATED this  _9th_  day of August, 2023, at Nicosia, Cyprus.

8

9

10

11  _____

12  Andreas Alkiviades Andreou

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO NAME.COM, INC. - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

## Notifications of Copyright Infringements
## Issued Pursuant to
## 17 U.S.C. § 512(c)(3) to
## Registered DMCA Agent for
## Service Provider Name.com, Inc.

Subject  **DMCA Takedown Notice for Copyright Infringement – MG Premium Ltd.**
From     Jason Tucker ██████████████████
To       <abuse@name.com>
Cc       ████████████████
Date     2023-08-02 01:33 PM

roundcube

Name.com, Inc.
DMCA Agent
414 14th Street #200
Denver, Colorado 80202
via Email: abuse@name.com

RE: DMCA Takedown Notice for Copyright Infringement – MG Premium Ltd.

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief that the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to Section 512 (c) of the U.S. Copyright Law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system. If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
MG Premium, Ltd.
c/o: Battleship Stance, Inc. – Jason Tucker
Address: ████████████████████████████ 85016 USA
Email: ████████████████

This correspondence and all of its contents is without prejudice to MG Premium Ltd. or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for MG Premium Ltd.

Links to Infringing Material:
https://fullporner.com/channel/brazzers
https://fullporner.com/channel/realitykings
https://fullporner.com/channel/mofos
https://fullporner.com/watch/64ac9dde2d1dd6bf0e777110
https://fullporner.com/watch/6498d7602d1dd6bf0e775243
https://fullporner.com/watch/648a56dd2d1dd6bf0e773b88
https://fullporner.com/watch/5e6077ee36ebf415681cdc37
https://fullporner.com/watch/5e6077db36ebf415681cc49c
https://fullporner.com/watch/5e6077de36ebf415681cc880
https://fullporner.com/watch/5e6077d136ebf415681cb9d3
https://fullporner.com/watch/5e6077c448aaec1545b0d949
https://fullporner.com/watch/5e6077c048aaec1545b0d534
https://fullporner.com/watch/5e6077b648aaec1545b0ca38
https://fullporner.com/watch/5e6077d336ebf415681cbd64
https://fullporner.com/watch/5e6cc1301a346556b06bf218
https://fullporner.com/watch/60b9eef35c3ed678e8720ea7
https://fullporner.com/watch/5e7a5e377f58dd238103d5f7
https://fullporner.com/watch/5e8c97d9e113ed0fad4c4b34
https://fullporner.com/watch/63bcacda385286513f869258
https://fullporner.com/watch/63b37259385286513f868308
https://fullporner.com/watch/63aa37db385286513f8673ea
https://fullporner.com/watch/63a24edd385286513f866702
https://fullporner.com/watch/6397c2db385286513f8655ae
https://fullporner.com/watch/638e885b385286513f864694
https://fullporner.com/watch/63854ddc385286513f863782
https://fullporner.com/watch/637c135e385286513f86285d
https://fullporner.com/watch/6372d8e1385286513f861937
https://fullporner.com/watch/6369ac6b1413eebc03868678
https://fullporner.com/watch/636071eb1413eebc03867747
https://fullporner.com/watch/6357295a1413eebc03866671
https://fullporner.com/watch/634deeda1413eebc03865762
https://fullporner.com/watch/6344b45c1413eebc038645a3
https://fullporner.com/watch/633b79db1413eebc038636bc
https://fullporner.com/watch/63323f5c1413eebc038627d9
https://fullporner.com/watch/632904e01413eebc038618fb
https://fullporner.com/watch/631fe5f5d1daa5c014d3b002
https://fullporner.com/watch/63168fe013a64b73bcfd27fd
https://fullporner.com/watch/639d06d36a1881df6b9008a6
https://fullporner.com/watch/62b7a3da15891b3524c8df0e
https://fullporner.com/watch/62b500db51891b3524c8de97
https://xiaoshenke.net/videoh/37db66c660124c61ca/541b6e551349824e77d475bfe537909f77d0e93ea92e3f20c2
https://xiaoshenke.net/videoh/c5fb163f824e9eeeca/541b6e571241825b72d27bb2d434ae8d71ccd187b3362431c20a
https://xiaoshenke.net/videoh/f1a5c7d32bac9f6aca/541b6d5f1849825a62c564b2d434ae9871d3eb3eb2232739de1a489a628bea
https://xiaoshenke.net/videoh/ae0de04da95f06c3ca/5c1e6a5e1854c55870d47c84d535ae9f76dbd111b52d26
https://xiaoshenke.net/videoh/a59a9c2e2ec7250aca/5c1f6f561754c7586bd873b4d938858e6ccda30eb7
https://xiaoshenke.net/videoh/a754fc1765a45a6bca/5c1f6d501454ca4462c24fb4d40c85837be1fe13b1382f
https://xiaoshenke.net/videoh/60ad0ddf6788af6cca/5c1f6a531954c94864da4fb6db2183827fd9eb
https://xiaoshenke.net/videoh/d4f00c07845e5c4dca/5c1f6b531354c2526ac24fbcd527ae857bc9d10fb52d2827
https://xiaoshenke.net/videoh/e118e7875cd8d9dc4ca/5c1f64521554cd5460ee64b2ce20ae987fc8eb3eb62b3c33c2
https://xiaoshenke.net/videoh/a65cdaa87ef58fd8ca/5c1c6a54125 4cc5271d46484ce3h88b470dhe706b2202526c22642b670
https://xiaoshenke.net/videoh/128482b5773c09edca/5c1f69501954c25c6cd87ebce51e908f77cde10f85352f20ee0944cb76d8beddeadf20187d126a16c271ab4d8e7f0
https://xiaoshenke.net/videoh/c3eeb87920e10181cb/5c1c6d511054ed4f66cb6abec820aea757e8cb3e8c232631df0d4aab668bc6fbbef8018ade2ba55a3c
https://xiaoshenke.net/videov/5e6f4ae7b10b60
https://xiaoshenke.net/videoh/3cf56c93d83be246ca/5c1c6f561054cd4873ee78bec80c9c8473e1f908b62e
https://xiaoshenke.net/videoh/38263fe4cbb83c78ca/5c1c685f1954cc5268dd74b4cd3dae8f77dde508b425
https://xiaoshenke.net/videoh/52e56b822322cbc9ca/541a655e154182507eee72a9d520ae8c7bdbe51885050c0bd51646b65c99f7deb3

https://xiaoshenke.net/videoh/7da2a111a3dcb315ca/541a6551164b82704efd5684ef0c818a6ccad115ad2d
https://xiaoshenke.net/videoh/53a9f8cd4872ab6eca/541a5550164f82704efd5684ef0c818a6ccad10eb427
https://xiaoshenke.net/videoh/95e38e97a6e3ae6cca/541a6553184b825566c37484ce3cae9869dfe20db535
https://xiaoshenke.net/videoh/324bacc7aab550b8ca/541a6552174e826f66d44f97d33faea972dfed0a85232438ee2e4bac779d
https://xiaoshenke.net/videoh/be349aae74927cb7ca/541a6555184d824d62c366a2e534849241d8fb82b1311536de0d4b9a608debc9a6de3284d726a55f27058ec9
https://xiaoshenke.net/videoh/4b7a9b570d5cca47ca/541a6554194882507eee579dc90c99846ae1e30eb71d2e3bd40a7ca46d99f5
https://xiaoshenke.net/videoh/0853de1f652d3a20ca/541a6557194182a68c37bb2d434ae8c77cce212
https://xiaoshenke.net/videoh/fc37e65a7707ffd0ca/541a6557104d825b75d475aec936ae9271d9ef3ebb2c2e0bc2114cb2668ac6d9aae235
https://xiaoshenke.net/videoh/ef9ffa986fa98b24ca/541a6556104082c58d27faec82094a477d0d102a8272b39c11046b6
https://xiaoshenke.net/videoh/9f3a4ff872f93c8dca/541a645f114e825066c263badd36ae8876dbef1585212b21d611579a6296fde0bbee3382d62cb0562a
https://xiaoshenke.net/videoh/671ee9fb86338a46ca/541a645e124a825f75d874bee009988772dfd10085243f37da1f46b677a7f8cb80f5368ee73aa1572a0785ddd1e7f325ac8fbcc6fcdb41
https://xiaoshenke.net/videoh/1130d3f4bee92265ca/541a6511240824f66c47eb8d22aae997hdfe215b5301533d40d509a658dfad4bae5019bd93fb06c21008e
https://xiaoshenke.net/videoh/47cec7c0f18dcae6ca/541a6450134a824d66c37eb2d434ae9876d1fe0db3243e31c30a7cb26a94f5e0bde4019bca22e9523d1dc6dfede2e632bc
https://xiaoshenke.net/videoh/7f620f5c618aab07ca/541a6453144a824975de65a8df21ae8a6cd1fb12bf30
https://xiaoshenke.net/videoh/d1657a2a444be610ca/541a645214ae825c65d87ebace3c83b42d8ebe51
https://xiaoshenke.net/videoh/1536687004241eb9ca/541a645515d4824396fd44fbcdb269f9f72dbfa
https://xiaoshenke.net/videoh/bf49d9b95c43234 7ca/541a6454164a825e6bd063a8c30c829e7ccbfc03bb2c1523d81f46b65c9becd280ee3c98dd3eb75a2100
https://xiaoshenke.net/videoh/aa669fe24aabb489ca/541a6457164082497 0de4fb7d532959841dffc0485202f20c51c519a7790f8d180ef3185dd
https://xiaoshenke.net/videox/639b9d6f56d8d
https://xiaoshenke.net/videoh/14b14198b6e26157ca/541a6b57174c825277c24fb2e527998270d5d108852625 3ac5264ba4759dc6cfbeef2a82dd3e
https://xiaoshenke.net/videoh/58a3db58796cec4fbca/541a6b57144f825b6edd7c84ce3b94b46ddbf61885322635df2642a9719df8dba6de338adc28

--
Jason Tucker
+1 
SKYPE: ▮▮▮▮▮▮

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.